UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDANY SAMY JOSEPH (A# 233-304-226),<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>        Respondents. | No.  1:26-cv-00678-DC-AC (HC)<br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 10, 16, 18, 20) |

Petitioner, an immigration detainee proceeding through counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 11, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days.  (ECF No. 20.)  Neither party has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 20) are ADOPTED;

2. Petitioner's first amended petition for a writ of habeas corpus (ECF No. 16) is GRANTED;

3. Respondents are ORDERED to:

    a. IMMEDIATELY RELEASE petitioner Jordany Samy Joseph (A# 233-304-226) from custody.

    b. RETURN all of Petitioner's documents and possessions upon his release from custody.

    c. FILE a notice of compliance within three (3) days of the date of entry of this order, confirming Petitioner's release from custody and the return of his documents and possessions.

4. Respondents are PERMANENTLY ENJOINED and RESTRAINED from attempting to re-detain Petitioner unless they comply with the requirements under 8 U.S.C. § 1226(a) and its implementing regulations;

5. This order does not address the circumstances in which Respondents may detain Petitioner in the event he becomes subject to an executable final order of removal;

6. Respondents' motions to dismiss (ECF Nos. 10, 18) are DENIED;

7. The Clerk of the Court is directed to serve the Golden State Annex Detention Facility with a copy of this order; and

8. The Clerk of the Court is directed to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated: __**June 23, 2026**__

_____

Dena Coggins
United States District Judge

2